IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YENG XIONG,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　　Defendant | Case No.: 1:10-cv-01671 JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 12) |

Parties have stipulated by counsel to extend the period of time for Plaintiff Yeng Xiong to provide Defendant with her confidential letter brief. The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 5 at 4). Accordingly, it is **HEREBY ORDERED** that Plaintiff is granted an extension of time until **June 1, 2011**, to provide Defendant with the confidential letter brief.

IT IS SO ORDERED.

Dated: **June 8, 2011**　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1