IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YENG XIONG,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:10-cv-01671 JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 14) |

On September 2, 2011, the Court issued its Order to Show Cause as to why the matter should not be dismissed for Plaintiff's failure to prosecute or follow the Court's order, or in the alternative for Plaintiff to file an opening brief within fourteen days. (Doc. 14). Plaintiff filed her opening brief, a motion for summary judgment, on September 20, 2011.[1] (Doc. 15).

Accordingly, IT IS HEREBY ORDERED:

The Order to Show Cause dated September 2, 2011, is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **September 23, 2011**                               **/s/ Jennifer L. Thurston**
                                                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Although Plaintiff filed her motion for summary judgment after the September 16 deadline set forth by the Order, the Court notes the docket stated erroneously, "Show Cause Response due by 9/20/11." Therefore, the Court will accept the filing of the motion as in compliance with the Order to Show Cause.

1