1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  YENG XIONG,                          ) Case No.: 1:10-cv-01671 JLT
                                         )
12               Plaintiff,              ) ORDER GRANTING SECOND EXTENSION
                                         ) OF TIME
13        v.                             )
                                         ) (Doc. 17)
14  MICHAEL J. ASTRUE,                   )
    Commissioner of Social Security,     )
15                                       )
                 Defendant               )
16  _____)

17          Parties have stipulated by counsel for Defendant to have an extension of time to respond to

18  Plaintiff's motion for summary judgment.  (Doc. 17).  The Scheduling Order allows a single thirty-

19  day extension by the stipulation of parties.  (Doc. 5 at 4).  Notably, this thirty- day extension was

20  granted on June 8, 2011, for the plaintiff to file an opening brief.  (Doc. 13).  Defendant's counsel

21  asserts a second extension is necessary, "due to Defendant's counsel recent medical leave and

22  absence from the office at the time of the previous deadline."  (Doc. 17 at 1).

23          Good cause appearing, Defendant is granted a thirty-day extension, and shall file a responsive

24  brief by **November 21, 2011**.

25  IT IS SO ORDERED.

26  Dated:   **October 28, 2011**                            _____
                                                             **/s/ Jennifer L. Thurston**
27                                                           UNITED STATES MAGISTRATE JUDGE

28

                                              1