IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YENG XIONG,<br><br>               Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>               Defendant | Case No.: 1:10-cv-01671 JLT<br><br>ORDER GRANTING SECOND EXTENSION OF TIME<br><br>(Doc. 17) |

Parties have stipulated by counsel for Defendant to have an extension of time to respond to Plaintiff's motion for summary judgment. (Doc. 17). The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 5 at 4). Notably, this thirty- day extension was granted on June 8, 2011, for the plaintiff to file an opening brief. (Doc. 13). Defendant's counsel asserts a second extension is necessary, "due to Defendant's counsel recent medical leave and absence from the office at the time of the previous deadline." (Doc. 17 at 1).

Good cause appearing, Defendant is granted a thirty-day extension, and shall file a responsive brief by **November 21, 2011**.

IT IS SO ORDERED.

Dated:   **October 28, 2011**                              /s/ Jennifer L. Thurston
                                                                          UNITED STATES MAGISTRATE JUDGE

1