IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YENG XIONG,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:10-cv-01671 JLT<br><br>ORDER TO DEFENDANT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY THE COURT'S ORDER |

On October 28, 2011, the Court issued an order granting an extension of time for Defendant to file a response to Plaintiff's motion for summary judgment. (Doc. 18). The Court noted the Scheduling Order permitted a single-thirty day extension, which had been used previously by the parties. (*Id* at 1). However, the Court found good cause existed for granting a second thirty-day extension, and ordered Defendant to "file a responsive brief by **November 21, 2011**." (*Id.*) (emphasis in original). To date, Defendant has failed to file a responsive brief, or to otherwise respond to the Court's order.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." LR 110. Further, a court may impose sanctions in exercising the "inherent power to control [its] dockets." *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).

1   Accordingly, Defendant is **ORDERED** to show cause within 14 days of the date of service of
2 this Order why sanctions should not be imposed for failure to file his brief according to the Court's
3 Order.  Alternatively, Defendant is **ORDERED** to file a responsive brief to Plaintiff's motion for
4 summary judgment within 14 days of the date of service of this Order .

6 IT IS SO ORDERED.

7 Dated:   **December 7, 2011**                                   /s/ Jennifer L. Thurston
                                                                 UNITED STATES MAGISTRATE JUDGE