IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YENG XIONG,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:10-cv-01671 JLT<br><br>ORDER DISCHARGING ORDER TO DEFENDANT TO SHOW CAUSE<br><br>(Doc. 19) |

On December 7, 2011, the Court issued an Order to Defendant Show Cause as to why sanctions should not be imposed for Defendant's failure to obey the Court's order, or in the alternative for Defendant to file brief in response to Plaintiff's motion for summary judgment within fourteen days. (Doc. 19). In compliance with the Court's Order, Defendant filed a responsive brief on December 11, 2011. (Doc. 20).

Accordingly, IT IS HEREBY ORDERED:

The Order to Show Cause dated December 7, 2011, is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **December 12, 2011**                    /s/ Jennifer L. Thurston
                                                 UNITED STATES MAGISTRATE JUDGE

1